```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FR. ROBERT HOATSON,                          :

                 Plaintiff,                  :    05 Civ. 10467 (PAC)

         -against-                           :    OPINION AND ORDER

NEW YORK ARCHDIOCESE,                        :
et al.,
                                             :
                 Defendant.
------------------------------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 2 2007

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court has before it Mr. Aretakis's March 27, 2007 motion requesting an order granting 1) leave to file a late Notice of Appeal, 2) leave to file an Amended Notice of Appeal, 3) leave to file "Forms C and D" attached to the letter, and 4) a stay of the $8,000 sanction pending Appeal or to vacate the sanction. The Court is without jurisdiction to grant any relief, except that it grants a stay of $8,000 sanction pending the Appeal pursuant to Federal Rule of Appellate Procedure 8(a).

Dated: New York, New York
       March 30, 2007

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge